# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

David Rodgers

                          Plaintiff,

v.                                               Case No.: 1:11–cv–05118
                                                      Honorable Robert M. Dow Jr.

Sheriff of Cook County, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 22, 2015:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held. Fact discovery cutoff date of 1/31/2015 is extended to and including 3/10/2015. A further status hearing is set for 3/18/2015 at 9:00 a.m. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.